# EXHIBIT C

# CERTIFICATE OF DEATH/STATE OF GEORGIA

Local File Number: 005102
State File Number: 029104

**Decedent's Name:** KELLY DOUGLAS COUCH
**Sex:** MALE
**Date of Death:** JUNE 10, 05
**Race:** WHITE
**Origin of Decedent:** AMERICAN
**Date of Birth:** 1966
**Age:** 39
**County of Death:** FULTON
**City/Town or Location of Death:** ATLANTA
**Hospital or Other Institution Name:** GRADY HEALTH SYSTEM
**Hospital Status:** INPATIENT
**State and County of Birth:** KENTUCKY, KY
**Citizen of What Country:** U.S.A.
**Marital Status:** NEVER MARRIED
**Was Decedent Ever in U.S. Armed Forces:** NO
**Social Security Number:** -7981
**Usual Occupation:** HOUSE CLEANING
**Kind of Industry or Business:** CLEANING
**Residence - State:** GA
**County:** HENRY
**City, Town or Location:** LOCUST GROVE
**Inside City Limits:** NO

**Father's Name:** RAYMOND E. COUCH JR
**Mother's Maiden Name:** SYBEL L. LIGIN
**Informant's Name:** RAYMOND COCU JR
**Mailing Address:** FARMINGTON NH 03867
**Relationship:** FATHER

**Burial, Cremation, Removal:** REMOVAL
**Disposition Date:** 6-13-2005
**Cemetery or Crematory Name:** R.M. EDGERLY & SON F.H
**Location:** ROCHESTER, N.H. STRAFFORD
**Funeral Director:** DANIEL C. GILLIS
**Fun. Dir. License No.:** 4395
**Name and Address of Facility:** YOUNG FUNERAL HOME, 1107 HANK AARON DR S.W., ATLANTA, GA 30315
**Est. License No.:** 1257
**Embalmer:** DANIEL C. GILLIS
**Embalmer License No.:** 3987

**Cause of Death:**
- PART I
  - a. Respiratory failure — 1 min.
  - b. Sepsis — 20 hours
  - c. Pneumonitis — 2 days

**Autopsy:** No
**Were Findings Considered in Determining Cause of Death:** No
**Was Operation Performed:** No
**Accident, Suicide, Homicide, Undetermined:** No
**Injury at Work:** No

**Date Signed:** 6/11/05
**Hour of Death:** 20:50
**Name of Attending Physician if Other Than Certifier:** Fernando Holguin

**Name, Title, and License No. of Certifier:** Michael Arth, MD
**License No.:** 021986
**Address of Certifier:** Grady Health System

**LBC JUN 27 2005**

**Date Received by Registrar:** JUN 2 2 2005

Form 3083 (Rev 03/04)  GEORGIA DEPARTMENT OF HUMAN RESOURCES/VITAL RECORDS SERVICE  DO NOT FOLD THIS CERTIFICATE