# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

## 1:17-cv-03857-WMR
## Jackson National Life Insurance Company v. Crum
## Honorable William M Ray, II

Minute Sheet for proceedings held In Open Court on 04/29/2019.

TIME COURT COMMENCED: 1:15 P.M.
TIME COURT CONCLUDED: 2:30 P.M.
TIME IN COURT: 1:15
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Broadbent representing Jackson National Life Insurance Company<br>Dylan Fulop representing Sterling Crum<br>Eileen Elizabeth Rumfelt representing Jackson National Life Insurance Company<br>Scott Zweigel representing Sterling Crum |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [52]Motion for Summary Judgment DENIED<br>[54]Motion to Exclude GRANTED IN PART & DENIED IN PART<br>[55]Motion for Summary Judgment DENIED |

| | |
|---|---|
| MINUTE TEXT: | Parties argued their dueling motions for summary judgment. The Court will not grant either motion and will allow this case to proceed to bench trial. The Court GRANTED IN PART the Motion to Exclude; the witness is allowed to testify but limited as to the scope. There will be no pretrial conference, but if parties elect to file a proposed pretrial order, it is due by the end of May. The parties estimated trial would last 2-3 days. The Court will likely set this on a June calendar. Hearing adjourned. |
| HEARING STATUS: | Hearing Concluded |