Exhibit 16



**SOCIAL SECURITY**

THIS NUMBER HAS BEEN ESTABLISHED FOR

DOUGLAS KELLY COUCH

SIGNATURE

*Georgia* DRIVER'S LICENSE

GOVERNOR

NUMBER ▮▮▮▮   EXPIRES

COUCH, DOUGLAS KELLY

| SEX | BIRTHDATE | EXAM DATE | COUNTY |
|-----|-----------|-----------|--------|
| M | | 08-26-1998 | 044 |

| HEIGHT | WEIGHT | POST | FEE | RESTRICTIONS |
|--------|--------|------|-----|--------------|
| 6-00 | 195 | 6 R11 | 8.00 | U |

| CLASS | ENDORSEMENTS | TYPE |
|-------|--------------|------|
| CM | | REG |

ORGAN
DONOR

**EXHIBIT**

tabbies

J-9