# Exhibit 25

**Jackson National Life Insurance Company**
PO Box 577 Jacksonville IL 62651-0577
Phone 800-262-9154   Fax 803-333-4693
Visit us at www.insurance-servicing.com



April 5, 2017

STERLING CURM TRUST
C/O JAMES JANTOS
P O BOX 258
MERCER ISLAND WA 98040

Insured Name: KELLY D COUCH
Policy Number: Z13041
Correspondence Number: 10816612

Dear Kelly Couch :

We are sorry to learn of the death of KELLY COUCH and wish to extend our sincere sympathy to the family.

After reviewing our records, we are unable to locate coverage under the above name or policy number. Accordingly, no benefits are payable.

If you have reason to believe this policy should be in force, please provide us with recent premium receipts or any other documentation which references our Company and we will be happy to research this matter further.

If you have any questions, please call our office at 800-262-9154, Monday through Friday from 7:30 AM – 4:30 PM Central Standard Time.

Sincerely,

D.Pond
Claims Services

EXHIBIT
J-15B

000037



DROP SHIPMENT AUTHORIZATION 01
ATLANTA GA

Presort First Class Mail ComBasPrice

U.S. POSTAGE >> PITNEY BOWES

ZIP 37214
02 1W
0001399377  $ 000.40³
APR 11 2017

**IMPORTANT INSURANCE POLICY INFORMATION: OPEN IMMEDIATELY**

VFL-13002      66   CJAIIAB   98040

