# Exhibit 26

## Jackson National Life Insurance Company

P.O. Box 577   Jacksonville, IL 62651-0577
Phone 800-262-9154   Fax 803-333-4693
Visit us at www.insurance-servicing.com

May 8, 2017

STERLING CURM TRUST
P O BOX 258
MERCER ISLAND WA 98040

Insured Name:   KELLY D COUCH
Policy Number:   Z13041
Correspondence Number:   10837672

Dear Trustee(s):

We are currently reviewing the above-referenced policy and will advise you once we have completed our review.

If you have any questions, please call our office at 800-262-9154, Monday through Friday from 7:30 AM to 4:30 PM Central Standard Time.

Sincerely,

D. Pond
Claims Services

EXHIBIT
J-16A

**Jackson National Life Insurance Company**
PO Box 577 Jacksonville IL 62651-0577
Phone 800-262-9154   Fax 803-333-4693
Visit us at www.insurance-servicing.com



May 30, 2017

STERLING CRUM

Insured Name:  KELLY D COUCH
Policy Number:  Z13041
Correspondence Number:  10851540

Dear Mr. Crum:

We are currently reviewing the above-referenced policy and will advise you once we have completed our review.

If you have any questions, please call our office at 800-262-9154, Monday through Friday from 7:30 AM to 4:30 PM Central Standard Time.

Sincerely,

V Johnson, ALHC
Claims Services