Exhibit 33

```
       ,Z13041    ; . AS-OF 05/26/17;.   COUCH,
KELLY D
      COMPLETED ACTIVITY FROM ISSUE
TRANSACTION             DUE DATE    AS-OF         AMOUNT   MODE GEN DESK
ENTRY
LAPSE REV                           01/17/10        0.00            LC022 05/26/17
LAPSE        RV                     01/17/10        0.00            LAPSE 03/31/10
REG PRM                 01/17/09 01/17/09       3,155.00   ANN  AC CMS   01/26/09
REG PRM                 01/17/08 01/17/08         250.00   ANN  AC CMS   01/04/08
REG PRM                 01/17/07 01/17/07         250.00   ANN  AC CMS   01/22/07
REG PRM                 01/17/06 01/17/06         250.00   ANN  AC CMS   01/10/06
DEATH CLAIM       F                 06/10/05  500,000.00            LC170 05/26/17
   PREM REFUND    F                            15,514.58
SURRENDER         F     01/17/10 06/10/05           0.00            LC170 05/26/17
REG PRM                 01/17/05 01/17/05         250.00   ANN  AC CMS   01/18/05
REG PRM                 01/17/04 01/17/04         250.00   ANN  AC CMS   01/23/04
REG PRM                 01/17/03 01/17/03         250.00   ANN  AC CMS   01/09/03
REG PRM                 01/17/02 01/17/02         250.00   ANN  AC L241  05/16/01


                                                                        05/26/17 LC170
AP0010 - REQUESTED TRANSACTION SUCCESSFULLY COMPLETED
PSR4-USR23
```

EXHIBIT J-21

BBBBBCPX.QJQ                                                                                              Page 1

```
     62D1,Z13041    ;  .AS-OF 01/17/2010;. COUCH, KELLY D              M-32
                                           * NOTES
  IST-GA RST-WA AREA-98033 COV-LAP-SP-BILL SUS-STAT-ENT-ASN/O-
  MEC-PAR-RE-NEO--ACT
  TRM  SS NBR      -8600  NO   11     NO   22  DC NO /5  N  0-   0 NONE M
  A
                                       PLAN- ALT2K10      LAST PREM    CASH
     INSURED   KELLY D COUCH           DIR-A    3385.00   PAID TO   01/17/10
                                       FACE   500000.00  BILLED TO
  01/17/10
                                       CV           .00  ISSUE     01/17/99
                                       OTHER  ** NONE ** PAY UP    01/17/11
     OWN(01)  KELLY COUCH              LOAN         .00  LAST BILL 02/17/10
                                       PYOFF        .00  LAST ACCT
  01/26/09
                                       SUSP         .00  LAST OTHR 08/07/01
                                       HANDL CODE     0
     PAYOR    KELLY COUCH
```



```
  AGT-Y30072479 -KEVIN M PALOMBO                            PROFIT CODE-
  GA--Y30072480 - MIDTOWN INSURANCE E                       BEAGLE CODE-
  02
  CK620 DISPLAY COMPLETE                                           PSR4-USR23
```

```
62D2,Z13041    ;   .AS-OF 01/17/2010;. COUCH, KELLY D                M-32
                                          * NOTES
    AGE RTE IS CEASE     FACE/UN    ANNUAL SUS-STAT-ENT-ASN/O-MEC-
PAR-RE-NFO--ACT
                                          NO   22   DC NO /5  N  0-   0 NONE M A
(01)--ALT2K10    -L010-05500-1-5-426-L0- PLAN- ALT2K10        LAST PREM
CASH
 M-32  L   99 01-62      500000   3,385.00 DIR-A      3385.00 PAID TO   01/17/10
STATUS - PREMIUM PAYING                    FACE     500000.00 BILLED TO
01/17/10
                                           CV              .00 ISSUE     01/17/99
                                           OTHER   ** NONE ** PAY UP    01/17/11
                                           LOAN            .00 LAST BILL 02/17/10
                                           PYOFF           .00 LAST ACCT 01/26/09
                                           SUSP            .00 LAST OTHR 08/07/01
                                           HANDL CODE       0




                                                                    05/26/17 LC170
CK620 DISPLAY COMPLETE                                              PSR4-USR23
```

```
 62D4,Z13041    ;  .AS-OF 01/17/2010;. COUCH, KELLY D              M-32
                                          * NOTES
 NO SEGMENTS TO DISPLAY                SUS-STAT-ENT-ASN/O-MEC-PAR-
RE-NFO--ACT
                                       NO   22   DC NO /5  N  0-   0 NONE M A
                                       PLAN- ALT2K10        LAST PREM    CASH
                                       DIR-A       3385.00  PAID TO   01/17/10
                                       FACE      500000.00  BILLED TO 01/17/10
                                       CV              .00  ISSUE     01/17/99
                                       OTHER    ** NONE **  PAY UP    01/17/11
                                       LOAN            .00  LAST BILL 02/17/10
                                       PYOFF           .00  LAST ACCT 01/26/09
                                       SUSP            .00  LAST OTHR 08/07/01
                                       HANDL CODE        0



                                                                   05/26/17 LC170
CK620 DISPLAY COMPLETE                                             PSR4-USR23
```

```
62D5,Z13041    ;  .AS-OF 01/17/2010;. COUCH, KELLY D                M-32
                                        * NOTES
 TYP RUL EARN    CASH     ADDN     TERM  SUS-STAT-ENT-ASN/O-MEC-
PAR-RE-NFO--ACT
 NO SEGMENTS TO DISPLAY                  NO   22   DC NO /5  N  0-   0 NONE M
A
                                         PLAN- ALT2K10        LAST PREM    CASH
                                         DIR-A     3385.00  PAID TO    01/17/10
                                         FACE    500000.00  BILLED TO  01/17/10
                                         CV             .00  ISSUE      01/17/99
                                         OTHER   ** NONE **  PAY UP     01/17/11
                                         LOAN           .00  LAST BILL  02/17/10
                                         PYOFF          .00  LAST ACCT  01/26/09
                                         SUSP           .00  LAST OTHR  08/07/01
                                         HANDL CODE       0




                                                                05/26/17 LC170
CK620 DISPLAY COMPLETE                                                 PSR4-USR23
```

```
62D7,Z13041    ;  .AS-OF 01/17/2010;. COUCH, KELLY D              M-32
                                           * NOTES
                                           SUS-STAT-ENT-ASN/O-MEC-PAR-RE-NFO--ACT
 NOT    000 H 00-00-00  99BC2              NO   22   DC NO /5  N  0-   0 NONE M A
                                           PLAN- ALT2K10         LAST PREM    CASH
 NOT    009 H 05-26-18  LC022              DIR-A    3385.00  PAID TO   01/17/10
                                           FACE   500000.00  BILLED TO 01/17/10
 REIN   001 A                              CV           .00  ISSUE     01/17/99
         P EFFDT 01-17-99 CESDT 00-00-00 OTHER   ** NONE **  PAY UP
01/17/11
              BILLD 00-00-00              LOAN          .00  LAST BILL 02/17/10
                                          PYOFF         .00  LAST ACCT 01/26/09
                                          SUSP          .00  LAST OTHR 08/07/01
                                          HANDL CODE      0
```

```
                                                               05/26/17 LC170
CK620 DISPLAY COMPLETE                                         PSR4-USR23
```

BBBBBCPX.XLG	Page 1

KELLY D COUCH



DOUGLAS KELLY COUCH

DOUGLAS KELLY COUCH



```
Please input SSN:
The Query Result for Soc Sec No:      ████████

There is no decedent record reported for this Social Security Number."

-= Disclaimer: =-




Please input SSN:
The Query Result for Soc Sec No:      ████████

There is no decedent record reported for this Social Security Number."

-= Disclaimer: =-
```

```
    U1DA,Z13041    ; . AS-OF 06/08/17;.  COUCH, KELLY D                   M-32
       COMPLETED ACTIVITY FROM ISSUE
    TRANSACTION             DUE DATE    AS-OF        AMOUNT  MODE GEN DESK     ENTRY
    LAPSE REV                           01/17/10       0.00            LC022 05/26/17
    LAPSE        RV                     01/17/10       0.00            LAPSE 03/31/10
    REG PRM                 01/17/09 01/17/09      3,155.00  ANN  AC CMS   01/26/09
    REG PRM                 01/17/08 01/17/08        250.00  ANN  AC CMS   01/04/08
    REG PRM                 01/17/07 01/17/07        250.00  ANN  AC CMS   01/22/07
    REG PRM                 01/17/06 01/17/06        250.00  ANN  AC CMS   01/10/06
    DTH CLM REV      F                  06/10/05  500,000.00            AC109 06/08/17
      PREM REFUND    F                             14,460.42
    SURR REV         F      01/17/10 06/10/05         0.00             AC109 06/08/17
    DEATH CLAIM  RV  F                  06/10/05  500,000.00         AC LC170 05/26/17
      PREM REFUND    F                             14,460.42
    SURRENDER    RV  F      01/17/10 06/10/05         0.00              LC170 05/26/17
    DTH CLM REV      F                  06/10/05  500,000.00            LC170 05/26/17
      PREM REFUND    F                             15,514.58
    SURR REV         F      01/17/10 06/10/05         0.00              LC170 05/26/17
    DEATH CLAIM  RV  F                  06/10/05  500,000.00          C LC170 05/26/17
      PREM REFUND    F                             15,514.58
    SURRENDER    RV  F      01/17/10 06/10/05         0.00              LC170 05/26/17
    REG PRM                 01/17/05 01/17/05        250.00  ANN  AC CMS   01/18/05
    REG PRM                 01/17/04 01/17/04        250.00  ANN  AC CMS   01/23/04
    AP0011 - TRANSACTION CONTINUED                                           PSR4-USR23
```