# Exhibit 49

**James S. Jantos**
Attorney At Law

P.O. Box 258, Mercer Island, Washington 98040-0258
Telephone: (206) 232-0639  Facsimile: (206) 232-0993
E-mail: jantos@speakeasy.net

February 05, 2006

Sterling Crum

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Re:  <u>Invoice For Legal Services Rendered Through January 31, 2006</u>

**COSTS ADVANCED:**

|  | <u>Amount</u> |
|---|---:|
| Postage | 0.37 |
| Photocopies | 0.75 |
| Other: | 250.00 |
| Crum: Premium Payment; Insured--Kelly Couch; Policy #Z13041 | |
| TOTAL COSTS ADVANCED | $251.12 |
| PREVIOUS BALANCE | $368.83 |

**PAYMENTS:**

| | |
|---|---:|
| 4/6/2005 Payment - Thank You | ($365.11) |
| 1/31/2006 Credit | ($3.72) |
| Total payments and adjustments | ($368.83) |
| **TOTAL AMOUNT DUE** | **$251.12** |



Payment is due within 30 days from the date of this invoice.
A late fee of 1% per month will be charged on past due amounts.

000098