Exhibit 60

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:17-cv-03857-SCJ |
| STERLING CRUM, | : | |
| Defendant. | : | |

### CERTIFICATION OF RECORDS AUTHENTICITY

I, Thomas G. Pye, as Registered Agent and on behalf of Associates Trust, Inc., hereby certify, depose and say that the attached records constitute all the records as requested in the Subpoena issued by Laura M. Zulick, Esquire in connection with this matter.

Date:

_____
(SIGNATURE)

_Thomas G. Pye_
(PRINT NAME)

LEGAL\38578534v3



PLAINTIFF'S EXHIBIT

P–25

Pye 000001

Detail by Entity Name

DIVISION OF CORPORATIONS





Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

---

# Detail by Entity Name

Florida Profit Corporation
ASSOCIATES TRUST, INCORPORATED

**Filing Information**

| | |
|---|---|
| **Document Number** | P97000101527 |
| **FEI/EIN Number** | ▇▇▇▇▇▇▇ |
| **Date Filed** | 12/01/1997 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR |

ANNUAL REPORT

| | |
|---|---|
| **Event Date Filed** | 09/25/2009 |
| **Event Effective Date** | NONE |

**Principal Address**

2625 NE 14TH AVE UNIT 504
WILTON MANORS, FL 33334

Changed: 04/29/2008

**Mailing Address**

2525 TURTLE CREEK BLVD, APT 522
DALLAS, TX 75219

Changed: 12/12/2008

**Registered Agent Name & Address**

PYE, THOMAS G
408 W. UNIVERSITY AVE.
SUITE 108-B
GAINESVILLE, FL 32601

Address Changed: 10/28/2002

**Officer/Director Detail**

**Name & Address**

Title PST

THOMAS, KEITH M
2525 NE 14TH AVE, #504
FORT LAUDERDALE, FL 33334

Pye 000004

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2006 | 04/28/2006 |
| 2007 | 04/10/2007 |
| 2008 | 04/29/2008 |

**Document Images**

| | |
|---|---|
| 04/29/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2004 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2003 -- ANNUAL REPORT | View image in PDF format |
| 10/28/2002 -- REINSTATEMENT | View image in PDF format |
| 04/02/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/19/2000 -- ANNUAL REPORT | View image in PDF format |
| 06/22/1999 -- Amendment | View image in PDF format |
| 02/16/1999 -- ANNUAL REPORT | View image in PDF format |
| 08/06/1998 -- ANNUAL REPORT | View image in PDF format |
| 03/30/1998 -- Amendment and Name Change | View image in PDF format |
| 12/01/1997 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

Pye 000005



# ARTICLES OF INCORPORATION OF
## ASSOCIATES TRUST, INC.

FILED
97 DEC -1 PM 3: 55
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

The undersigned subscriber to these Articles of Incorporation is a natural person competent to contract and hereby form a corporation under Chapter 607 of the Florida Statutes.

## ARTICLE 1- NAME

The name of the Corporation is Associates Trust, Inc., hereafter referred to as "Corporation".

## ARTICLE 2 - PURPOSE OF BUSINESS

The purpose of this Corporation is to engage in and transact any and all legal activities or businesses permitted under the laws of the United States, the State of Florida, or any other state, county , territory or nation.

## ARTICLE 3 - PRINCIPAL OFFICE

The address of the principal office of this corporation is 3471 N. Federal Highway Suite 506, Ft. Lauderdale, Florida 33306 and the mailing address is the same.

## ARTICLE 4 - INCORPORATOR

The name and the street address of the incorporator of this corporation is:
Thomas G. Pye, Esq.
2787 E. Oakland Park Blvd. Suite 301
Ft. Lauderdale, Florida 33018

## ARTICLE 5 - OFFICERS

The officers of this Corporation shall be:

| | |
|---|---|
| President: | Dennis Ahern |
| Secretary: | Dennis Ahern |
| Treasurer: | Dennis Ahern |

whose address shall be the same as the principal address of the Corporation.

## ARTICLE 6 - DIRECTOR

The Director of the Corporation shall be:
Dennis Ahern
whose address shall be the same as the principal office of the Corporation.

## ARTICLE 7 - CORPORATE CAPITALIZATION

The maximum number of shares of stock this corporation is authorized to have outstanding at any time is one thousand (1000) shares of common stock, each share having the par value of ONE DOLLAR ($1.00).

## ARTICLE 8 -POWERS OF CORPORATION

The Corporation shall have the same powers as an individual to do all things necessary or convenient to carry out its business and affairs, subject to any limitations or restrictions imposed by applicable law or these Articles of Incorporation.

## ARTICLE 9 - TERM OF EXISTENCE

This Corporation shall have perpetual existence.

## ARTICLE 10 - REGISTERED OWNER

The Corporation, to the extent permitted by law, shall be entitled to treat the person in whose name any share or right is registered on their books of the Corporation as the owner thereto, for all purposes, and except as may be agreed in writing by the Corporation, the Corporation shall not be bound to recognize any equitable or other claim to, or interest in, such share or right on the part of any other person, whether or not the Corporation shall have notice thereof.

## ARTICLE 11 - REGISTERED OFFICE AND REGISTERED AGENT

The initial address of the registered office of this Corporation is:
Thomas G. Pye, Esq.
2787 E. Oakland Park Blvd. Suite 301
Ft. Lauderdale, Florida 33018

Pye 000007

The name of the registered agent of this Corporation at that address is Thomas G. Pye.

## ARTICLE 12 - EFFECTIVE DATE

These Articles of Incorporation shall be effective immediately upon approval of the Secretary of State, State of Florida.

IN WITNESS WHEREOF, I have hereunto set my hand and seal, acknowledged and filed the forgoing Articles of Incorporation under the laws of the State of Florida this 20th day of November 1997.

Thomas G. Pye, Incorporator

## ACCEPTANCE OF REGISTERED AGENT DESIGNATED
## IN ARTICLES OF INCORPORATION

Thomas G. Pye, having a business office identical with the registered office of the corporation named above, and having been designated as the Registered Agent in the above and forgoing Articles of Incorporation, is familiar with and accepts the obligations of the position of Registered Agent under the applicable provisions of the Florida Statutes.

by Thomas G. Pye

FILED
97 DEC -1 PM 3: 55
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

P97000101527   #3

# THE PYE LAW FIRM
*A Professional Association*

2787 East Oakland Park Boulevard
Suite 301
Fort Lauderdale, Florida 33306

Broward: 954.561.2100
Facsimile: 954.561.8190
Boca Raton: 561.750.7629

Internet Home Page: http://www.icanect.net/pyelaw
Email Address: pyelaw@icanect.net

**THOMAS G. PYE**
Attorney at Law

**OFFICES:**
Fort Lauderdale
Boca Raton   March 22 , 1998

Division of Corporations
409 East Gaines Street
Tallahassee, Fl 32301

600002472706---1
-03/30/98--01132--013
*****35.00   *****35.00

Dear Sir:

Please find enclosed:

**Amendment** to the Articles of Incorporation for the following business:

Associates Trust, Inc.

As well as a check  in the amount of $ 35.00  Please file this amendment and forward
confirmation of same back to my attention at the above address.

Yours truly,

Thomas G. Pye
For the Firm

98 MAR 30 PM 2: 43
FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

Amend - N.C.
4-2-98
CC

Pye 000009

## ARTICLES OF AMENDMENT
## TO
## ARTICLES OF INCORPORATION
## OF
## ASSOCIATES TRUST, INC.

Pursuant to the provisions of section 607.1006, Florida Statutes, this Florida profit corporation adopts the following articles of amendment to its articles of incorporation:

**FIRST:**                Amendments adopted:

*ARTICLE 1- NAME*
The name of the corporation is changed to ASSOCIATES TRUST, INCORPORATED.

*ARTICLE 5 - OFFICERS*
The officers of the corporation are changed to be President, Secretary, Treasurer as CRAIG CUTCLIFF, at the same address as the corporation.

*ARTICLE 6 - DIRECTOR*
The Director of the corporation is changed to be CRAIG CUTCLIFF, at the address of the corporation.

**SECOND:**    Date of each amendments adoption is March 18th, 1998.

**THIRD:**    Adoption of Amendments
The amendments were adopted by the incorporator without shareholder action and shareholder action was not required.

Signed this 18th day of March, 1998.

Thomas G. Pye, as incorporator

98 MAR 30 PM 12: 43
FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

#4

## THE
## PYE LAW FIRM
*A Professional Association*
2787 East Oakland Park Boulevard
Suite 301
Fort Lauderdale, Florida  33306

**P97000101527**

Telephone: 954.561.2100
Facsimile: 954.561.8190

Email: tom@pyelaw.com
www.pyelaw.com

THOMAS G. PYE
Attorney at Law

June 16, 1999

600002912436--3.
-06/22/99--01066--001
****35.00   ****35.00

Division of Corporations
409 East Gaines Street
Tallahassee, Fl 32301

Dear Sir:

Please find enclosed:

Amendment to the Articles of Incorporation for the following business:

Associates Trust, Incorporated

As well as a check in the amount of $ 35.00  Please file this amendment and forward confirmation of same back to my attention at the above address.

Yours truly,

Thomas G. Pye
For the Firm

Amend
6-25-99
BAS

FILED
99 JUN 22  AM 11: 08
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLES OF AMENDMENT
## TO
## ARTICLES OF INCORPORATION
## OF
## ASSOCIATES TRUST, INCORPORATED

FILED
99 JUN 22 AM 11:08
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to the provisions of section 607.1006, Florida Statutes. ASSOCIATES TRUST, INCORPORATED.a Florida profit corporation adopts the following articles of amendment to its articles of incorporation:

**FIRST:**          Amendments adopted:

### ARTICLE 5 - OFFICERS
The officers of the corporation are changed to be President, Secretary, Treasurer as Keith M. Thomas, at :  445 NW 32nd Court., Oakland Park, Florida 33309

### ARTICLE 6 - DIRECTOR
The Director of the corporation is changed to be Keith M. Thomas, at the address of the corporation.

**SECOND:**     Date of each amendments adoption is May 25, 1999

**THIRD:**     Adoption of Amendments
The amendments were adopted in accordence with the By-Laws and Ariticles of the corporation by the director and shareholder of the corporation

Signed this May 25, 1999

_Keith M. Thomas_
President
Director
Shareholder

Pye 000012

## RESOLUTION OF BOARD OF DIRECTORS
## AND SHAREHOLDERS OF
## ASSOCIATES TRUST, INCORPORATED


WHEREAS, the Shareholders and Board of Associates Trust, Incorporated (hereinafter the company or the corporation) held a meeting; and

WHEREAS, James Craig Cutcliff was removed from the Board and as President and CEO of Associates Trust, Incorporated; and

WHEREAS, James Craig Cutcliff was responsible for the day to day operations of Associates Trust, Incorporated, and

WHEREAS, the company is desirous to officially and authoritatively appoint a successor to his position

IT IS NOW, THEREFORE, resolved that Keith M. Thomas shall:

1.  Be President of Associates Trust, Incorporated .
2.  Act as CEO of Associates Trust, Incorporated.
3.  Manage and direct the day to day operations of Associates Trust, Incorporated.
4.  Negotiate and enter into binding deals and contracts, as well as perform any and all duties associated with the licensing of the company with the proper licensing authorities for Associates Trust, Incorporated

Dated: May 25, 1999

Keith M. Thomas
Sole Shareholder
Board Member
Meeting Secretary


I certify that a true and correct copy of the minutes of the meeting adopting the forgoing resolution is attached hereto and made a part hereof, by the of Associates Trust, Incorporated, this first day of May 25, 1999.

Keith M. Thomas
Sole Shareholder
Board Member
Meeting Secretary

SECOND NOTICE: CORPORATION WILL BE DISSOLVED ON OR AFTER SEPTEMBER 30, 1998.
AMOUNT DUE ON OR BEFORE 09/30/98: $550 (IF DISSOLVED, MINIMUM AMOUNT DUE TO REINSTATE: $750).

**PROFIT CORPORATION ANNUAL REPORT 1998**



FLORIDA DEPARTMENT OF STATE
**Sandra B. Mortham**
Secretary of State
DIVISION OF CORPORATIONS

**DOCUMENT # P97000101527 (4)**

1. Corporation Name

**ASSOCIATES TRUST, INCORPORATED**



| Principal Place of Business | Mailing Address |
|---|---|
| 3471 N. FEDERAL HWY., STE. 506<br>FT. LAUDERDALE FL 33306 | 3471 N. FEDERAL HWY., STE. 506<br>FT. LAUDERDALE FL 33306 |

DO NOT WRITE IN THIS SPACE

3. Date Incorporated or Qualified
**12/01/1997**

| 2. Principal Place of Business | | 2a. Mailing Address | | 4. FEI Number | | | Applied For |
|---|---|---|---|---|---|---|---|
| 1 | | 26 | | | | | Not Applicable |
| Suite, Apt. #, etc. | | Suite, Apt. #, etc. | | 5. Certificate of Status Desired ☐ | | | $8.75 Additional Fee Required |
| 2 | | 27 | | | | | |
| City & State | | City & State | | 6. Election Campaign Financing | | | $5.00 May Be |
| 3 | | 28 | | Trust Fund Contribution ☐ | | | Added to Fees |
| Zip | Country | Zip | Country | 8. This corporation owes or has paid the current year Intangible | | | |
| 4 | 25 | 29 | 30 | Personal Property Tax due June 30. ☐ Yes | | | ☐ No |

| 9. Name and Address of Current Registered Agent | 10. Name and Address of New Registered Agent | | |
|---|---|---|---|
| **PYE, THOMAS G** | 81 | Name | |
| | 82 | Street Address (P.O. Box Number is Not Acceptable) | |
| | 83 | | |
| | 84 | City | **FL** 85 Zip Code |

11. Pursuant to the provisions of sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, section 607.0505, Florida Statutes.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable    (NOTE: Registered Agent signature required when reinstating)    DATE

| 12. OFFICERS AND DIRECTORS | | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 | |
|---|---|---|---|
| TITLE **DPST** | ☐ DELETE | 1.1 TITLE | ☐ Change ☐ Addition |
| NAME **CUTCLIFF, CRAIG** | | 1.2 NAME | |
| STREET ADDRESS | | 1.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 1.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 2.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 2.2 NAME | |
| STREET ADDRESS | | 2.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 2.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 3.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 3.2 NAME | |
| STREET ADDRESS | | 3.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 3.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 4.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 4.2 NAME | |
| STREET ADDRESS | | 4.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 4.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 5.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 5.2 NAME | |
| STREET ADDRESS | | 5.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 5.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 6.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 6.2 NAME | |
| STREET ADDRESS | | 6.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 6.4 CITY-ST-ZIP | |

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address.

CR2E034 (5/98)

**FILE NOW: FILING FEE AFTER MAY 1ST IS $550.00**



PROFIT
CORPORATION
ANNUAL REPORT
**1999**

FLORIDA DEPARTMENT OF STATE
**Katherine Harris**
Secretary of State
DIVISION OF CORPORATIONS

**FILED**
**Feb 16, 1999 8:00 am**
**Secretary of State**
02-16-1999 90050 017 ***150.00

## DOCUMENT # P97000101527

1. Corporation Name

**ASSOCIATES TRUST, INCORPORATED**



| Principal Place of Business | Mailing Address |
|---|---|
| 3471 N. FEDERAL HWY.. STE. 506<br>FT. LAUDERDALE FL 33306 | 3471 N. FEDERAL HWY.. STE. 506<br>FT. LAUDERDALE FL 33306 |

DO NOT WRITE IN THIS SPACE

3. Date Incorporated or Qualifed
**12/01/1997**

4. FEI Number
☐ Applied For
☐ Not Applicable

5. Certifcate of Status Desired ☐
**$8.75** Additional
Fee Required

6. Election Campaign Financing ☐
Trust Fund Contribution
**$5.00** May Be
Added to Fees

8. This corporation owes the current year intangible
Personal Property Tax. ☐ Yes ☐ No

| 2. Principal Place of Business | | 2a. Mailing Address | |
|---|---|---|---|
| 21 | | 26 | |
| Suite, Apt. #, etc. 22 | | Suite, Apt. #, etc. 27 | |
| City & State 23 | | City & State 28 | |
| Zip 24 | Country 25 | Zip 29 | Country 30 |

9. Name and Address of Current Registered Agent

PYE, THOMAS G       . 301

10. Name and Address of New Registered Agent

81 Name

82 Street Address (P.O. Box Number is Not Acceptable)

83

84 City       FL  85 Zip Code

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE:
Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE

| 12. OFFICERS AND DIRECTORS | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 | |
|---|---|---|
| TITLE **DPST** ☐ DELETE | 1.1 TITLE | ☐ Change ☐ Addition |
| NAME **CUTCLIFF, CRAIG** | 1.2 NAME | |
| STREET ADDRESS | 1.3 STREET ADDRESS | |
| CITY-ST-ZIP | 1.4 CITY-ST-ZIP | |
| TITLE ☐ DELETE | 2.1 TITLE | ☐ Change ☐ Addition |
| NAME | 2.2 NAME | |
| STREET ADDRESS | 2.3 STREET ADDRESS | |
| CITY-ST-ZIP | 2.4 CITY-ST-ZIP | |
| TITLE ☐ DELETE | 3.1 TITLE | ☐ Change ☐ Addition |
| NAME | 3.2 NAME | |
| STREET ADDRESS | 3.3 STREET ADDRESS | |
| CITY-ST-ZIP | 3.4 CITY-ST-ZIP | |
| TITLE ☐ DELETE | 4.1 TITLE | ☐ Change ☐ Addition |
| NAME | 4.2 NAME | |
| STREET ADDRESS | 4.3 STREET ADDRESS | |
| CITY-ST-ZIP | 4.4 CITY-ST-ZIP | |
| TITLE ☐ DELETE | 5.1 TITLE | ☐ Change ☐ Addition |
| NAME | 5.2 NAME | |
| STREET ADDRESS | 5.3 STREET ADDRESS | |
| CITY-ST-ZIP | 5.4 CITY-ST-ZIP | |
| TITLE ☐ DELETE | 6.1 TITLE | ☐ Change ☐ Addition |
| NAME | 6.2 NAME | |
| STREET ADDRESS | 6.3 STREET ADDRESS | |
| CITY-ST-ZIP | 6.4 CITY-ST-ZIP | |

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE:    SIGNATURE REQUIRED

CR2EN034 (11/98)

Pye 000015

# 2000 UNIFORM BUSINESS REPORT (UBR)

## DOCUMENT # P97000101527

**FILED**
**May 19, 2000 8:00 am**
**Secretary of State**
05-19-2000 90758 001 ***450.00

1. Entity Name

**ASSOCIATES TRUST, INCORPORATED**

| Principal Place of Business | Mailing Address |
|---|---|
| 3471 N. FEDERAL HWY., STE. 506<br>FT. LAUDERDALE FL 33306 | 3471 N. FEDERAL HWY., STE. 506<br>FT. LAUDERDALE FL 33306-1051 |

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address | | |
|---|---|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. | 4. FEI Number | Applied For |
| | | | Not Applicable |
| City & State | City & State | 5. Certificate of Status Desired ☐ | $8.75 Additional Fee Required |
| Zip | Country | Zip | County |

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| PYE, THOMAS G | Name |
| | Street Address (P.O. Box Number is Not Acceptable) |
| | City                                    FL | Zip Code |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____

Signature, typed or printed name of registered agent and title if applicable   (NOTE: Registered Agent signature required when reinstating)   DATE

| 9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐ | **FILE NOW!!! FEE IS $150.00**<br>**After MAY 1, 2000 Fee will be $550.00**<br>**Make Check Payable to Department of State** | 10. Election Campaign Financing Trust Fund Contribution. ☐ | $5.00 May Be Added to Fees |
|---|---|---|---|

| 11. | OFFICERS AND DIRECTORS | | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | DPST<br>THOMAS, KEITH M | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____   4/10/00   954-565-6450

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

# 2001 UNIFORM BUSINESS REPORT (UBR)

**FILED**
**Apr 02, 2001 8:00 am**
**Secretary of State**
04-02-2001 90081 041 ***150.00

OCUMENT # **P97000101527**

Entity Name

SSOCIATES TRUST, INCORPORATED

| ncipal Place of Business | Mailing Address |
|---|---|
| N. FEDERAL HWY., STE. 506 LAUDERDALE FL 33306 | 3471 N. FEDERAL HWY., STE. 506 FT. LAUDERDALE FL 33306 |

DO NOT WRITE IN THIS SPACE

| Principal Place of Business 585 Schwa Springs Blvd Suite, Apt. #, etc. | 3. Mailing Address 3585 Schwa Springs Blvd Suite, Apt. #, etc. | | |
|---|---|---|---|
| ony & State tompano Bch, Florida Zip 33069 Country USA | City & State Pompano Beach, Florida Zip 33069 Country USA | 4. FEI Number 5. Certificate of Status Desired ☐ | Applied For Not Applicable $8.75 Additional Fee Required |

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| PYE, THOMAS G | Name Street Address (P.O. Box Number is Not Acceptable) City                                    FL    Zip Code |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

| NATURE | | | |
|---|---|---|---|
| Signature, typed or printed name of registered agent and title if applicable. | (NOTE: Registered Agent signature required when reinstating) | | DATE |

| This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐ | FILE NOW!!! FEE IS $150.00 After MAY 1, 2001 Fee will be $50.00 Make Check Payable to Department of State | 10. Election Campaign Financing Trust Fund Contribution. ☐ | $5.00 May Be Added to Fees |

| OFFICERS AND DIRECTORS | 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|
| DPST THOMAS, KEITH M ☐ Delete | TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ Change ☐ Addition |
| ☐ Delete | TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ Change ☐ Addition |
| ☐ Delete | TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ Change ☐ Addition |
| ☐ Delete | TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ Change ☐ Addition |
| ☐ Delete | TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ Change ☐ Addition |
| ☐ Delete | TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ Change ☐ Addition |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

X                                                      3/19/01
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR          Date          Daytime Phone #

CR2E034 (10/00)

Pye 000017

OCT 14 2002 12:56PM   THE PYE LAW FIRM                352 381 9726            P.1

PLEASE READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM.

| CORPORATION REINSTATEMENT | FLORIDA DEPARTMENT OF STATE Katherine Harris Secretary of State DIVISION OF CORPORATIONS | FILED 02 OCT 28 PM 5: 20 SECRETARY OF STATE TALLAHASSEE, FLORIDA |
|---|---|---|

**DOCUMENT #** P97000101527

**1. Corporation Name**
Associates Trust Incorporated

500008605495
10/28/02--01032--026  **750.00
**REINSTATEMENT 2002**

| 2. Principal Office Address 633 NW 24 St | 3. Mailing Office Address 633 NW 24 St | 4. Date Incorporated or Qualified To Do Business in Florida 12 / 01 / 97 |
|---|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. | 5. FEI Number ▮▮▮▮▮  Applied For / Not Applicable |
| City & State Wilton Manors, FL | City & State Wilton Manors, FL | 6. CERTIFICATE OF STATUS DESIRED ☐  $8.75 Additional Fee required for a Certificate of Status |
| Zip 33311  Country US | Zip 33311  Country USA | |

**7. Name and Address of Current Registered Agent**

Thomas G. Pye
Pye Law Firm
408 W University Ave
Suite 108B
Gainesville, Florida 32601

State **FL**   Zip Code

**8.** I, being appointed the registered agent of the above named corporation, am familiar with and accept the obligations of section 607.0505 or 617.0503, F.S.

Signature of Registered Agent   _(signature)_                      Date Oct. 20, 2002
REGISTERED AGENT MUST SIGN

**9. Names and Street Addresses of Each Officer and/or Director** (Florida nonprofit corporations must list at least 3 directors)

| Titles | Name of Officers and/or Directors | Street Address of Each Officer and/or Director | City / State / Zip |
|---|---|---|---|
| President | Keith M. Thomas | ▮▮▮▮▮ | |
| Tresurer | Keith M. Thomas | ▮▮▮▮▮ | |
| Secretary | Keith M. Thomas | ▮▮▮▮▮ | |

**10.** I certify that I am an officer or director or the receiver or trustee empowered to execute this application as provided for in chapter 607 or 617, F.S. I further certify that when filing this reinstatement application, the reason for dissolution has been eliminated, the corporate name satisfies the requirements of section 607.0401 or 617.0401, F.S., that all fees owed by the corporation have been paid and the names of individuals listed on this form do not qualify for an exemption under section 119.07(3)(I), F.S. The information indicated on this application is true and accurate, and my signature shall have the same legal effect as if made under oath.

**SIGNATURE:** Keith M. Thomas  _(signature)_  10/14/02  954-647-6303
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

Pye 000018

# 2003 FOR PROFIT CORPORATION
# UNIFORM BUSINESS REPORT (UBR)

DOCUMENT #  **P97000101527**

Entity Name
ASSOCIATES TRUST, INCORPORATED



**FILED**
**Feb 17, 2003 8:00 am**
**Secretary of State**
02-17-2003 90163 044 ***150.00

| Principal Place of Business | Mailing Address |
|---|---|
| 633 N.W. 24 STREET | 633 N.W. 24 STREET |
| WILTON MANORS FL 33311 | WILTON MANORS FL 33311 |

☐ CHECK HERE IF MAKING CHANGES

| 1. Principal Place of Business | 3. Mailing Address | | |
|---|---|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. | | |
| City & State | City & State | 4. FEI Number | Applied For / Not Applicable |
| Zip / Country | Zip / Country | 5. Certificate of Status Desired ☐ | $8.75 Additional Fee Required |

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| PYE, THOMAS G. | Name |
| 408 W. UNIVERSITY AVE. | Street Address (P.O. Box Number is Not Acceptable) |
| SUITE 108-B | |
| GAINESVILLE FL 32601 | City                FL    Zip Code |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____    DATE _____

Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)

**FILE NOW!!! FEE IS $150.00**
After May 1, 2003 Fee will be $550.00
**Make Check Payable to Florida Department of State**

9. Election Campaign Financing Trust Fund Contribution. ☐   $5.00 May Be Added to Fees

| 10. | OFFICERS AND DIRECTORS | | 11. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|---|---|
| TITLE | PST | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | THOMAS, KEITH M | | NAME | | |
| STREET ADDRESS | ■■■■■■ | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: ~~SIGNATURE REQUIRED~~    2/14/02    9546476303

CR2E034 (10/02)

Pye 000019

# 2004 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 09, 2004**
**Secretary of State**

DOCUMENT# P97000101527

**Entity Name:** ASSOCIATES TRUST, INCORPORATED

**Current Principal Place of Business:**

633 N.W. 24 STREET
WILTON MANORS, FL  33311

**New Principal Place of Business:**

**Current Mailing Address:**

633 N.W. 24 STREET
WILTON MANORS, FL  33311

**New Mailing Address:**

**FEI Number: 65-0807186**     **FEI Number Applied For ( )**     **FEI Number Not Applicable ( )**     **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

PYE, THOMAS G
408 W. UNIVERSITY AVE.
SUITE 108-B
GAINESVILLE, FL  32601  US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

          Electronic Signature of Registered Agent                           Date

**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

Title:      PST     ( ) Delete
Name:    THOMAS, KEITH M
Address:   ████████████████████████
City-St-Zip:

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:          ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:   KEITH THOMAS                 PST            04/09/2004
             Electronic Signature of Signing Officer or Director                      Date

# 2005 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 26, 2005**
**Secretary of State**

DOCUMENT# P97000101527

**Entity Name:** ASSOCIATES TRUST, INCORPORATED

**Current Principal Place of Business:**

633 N.W. 24 STREET
WILTON MANORS, FL  33311

**New Principal Place of Business:**

2408 NW 6TH TERRACE
WILTON MANORS, FL  33311

**Current Mailing Address:**

633 N.W. 24 STREET
WILTON MANORS, FL  33311

**New Mailing Address:**

2408 NW 6TH TERRACE
WILTON MANORS, FL  33311

**FEI Number:** 65-0807186     **FEI Number Applied For ( )**     **FEI Number Not Applicable ( )**     **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

PYE, THOMAS G
408 W. UNIVERSITY AVE.
SUITE 108-B
GAINESVILLE, FL  32601  US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both,
in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                      Date

**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | PST          ( ) Delete |
| Name: | THOMAS, KEITH M |
| Address: | 633 N.W. 24 STREET |
| City-St-Zip: | WILTON MANORS, FL  33311 |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | PST          (X) Change  ( ) Addition |
| Name: | THOMAS, KEITH M |
| Address: | 2408 NW 6TH TERRACE |
| City-St-Zip: | WILTON MANORS, FL  33311 |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i),
Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that
my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or
the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears
above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  KEITH THOMAS                              PST               04/26/2005

Electronic Signature of Signing Officer or Director                              Date

Pye 000021

# 2006 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 28, 2006**
**Secretary of State**

DOCUMENT# P97000101527

**Entity Name:** ASSOCIATES TRUST, INCORPORATED

**Current Principal Place of Business:**

2408 NW 6TH TERRACE
WILTON MANORS, FL 33311

**New Principal Place of Business:**

3874 SHERIDAN STREET
HOLLYWOOD, FL 33021

**Current Mailing Address:**

2408 NW 6TH TERRACE
WILTON MANORS, FL 33311

**New Mailing Address:**

3874 SHERIDAN STREET
HOLLYWOOD, FL 33021

**FEI Number:** 65-0807186    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

PYE, THOMAS G
408 W. UNIVERSITY AVE.
SUITE 108-B
GAINESVILLE, FL 32601 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

**Election Campaign Financing Trust Fund Contribution ( ).**

### OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | PST      ( ) Delete |
| Name: | THOMAS, KEITH M |
| Address: | 2408 NW 6TH TERRACE |
| City-St-Zip: | WILTON MANORS, FL 33311 |

### ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | PST      (X) Change  ( ) Addition |
| Name: | THOMAS, KEITH M |
| Address: | 3874 SHERIDAN STREET |
| City-St-Zip: | HOLLYWOOD, FL 33021 |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  KEITH THOMAS                              PRES              04/28/2006

Electronic Signature of Signing Officer or Director                                        Date

# 2007 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 10, 2007**
**Secretary of State**

DOCUMENT# P97000101527

**Entity Name:** ASSOCIATES TRUST, INCORPORATED

**Current Principal Place of Business:**

3874 SHERIDAN STREET
HOLLYWOOD, FL  33021

**Current Mailing Address:**

3874 SHERIDAN STREET
HOLLYWOOD, FL  33021

**New Principal Place of Business:**

600 W. LAS OLAS BLVD
1308
FORT LAUDERDALE, FL  33312

**New Mailing Address:**

600 W. LAS OLAS BLVD
1308
FORT LAUDERDALE, FL  33312

**FEI Number:** 65-0807186     **FEI Number Applied For ( )**     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

PYE, THOMAS G
408 W. UNIVERSITY AVE.
SUITE 108-B
GAINESVILLE, FL  32601  US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                          Date

**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | PST          ( ) Delete |
| Name: | THOMAS, KEITH M |
| Address: | 3874 SHERIDAN STREET |
| City-St-Zip: | HOLLYWOOD, FL  33021 |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | PST          (X) Change  ( ) Addition |
| Name: | THOMAS, KEITH M |
| Address: | 600 W. LAS OLAS BLVD |
| City-St-Zip: | FORT LAUDERDALE, FL  33312 |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  KEITH M. THOMAS                              PST              04/10/2007

Electronic Signature of Signing Officer or Director                          Date

Pye 000023

# 2008 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 29, 2008**
**Secretary of State**

DOCUMENT# P97000101527

**Entity Name:** ASSOCIATES TRUST, INCORPORATED

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 2625 NE 14TH AVE UNIT 504<br>WILTON MANORS, FL  33309 | 2625 NE 14TH AVE UNIT 504<br>WILTON MANORS, FL  33334 |
| **Current Mailing Address:** | **New Mailing Address:** |
| 2625 NE 14TH AVE UNIT 504<br>WILTON MANORS, FL  33309 | 2625 NE 14TH AVE UNIT 504<br>WILTON MANORS, FL  33334 |

**FEI Number: 65-0807186**   **FEI Number Applied For ( )**   **FEI Number Not Applicable ( )**   **Certificate of Status Desired ( )**

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| PYE, THOMAS G<br>408 W. UNIVERSITY AVE.<br>SUITE 108-B<br>GAINESVILLE, FL  32601  US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

**Election Campaign Financing Trust Fund Contribution ( ).**

| **OFFICERS AND DIRECTORS:** | **ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:** |
|---|---|
| Title:          PST          ( ) Delete<br>Name:        THOMAS, KEITH M<br>Address:     600 W. LAS OLAS BLVD<br>City-St-Zip:  FORT LAUDERDALE, FL  33312 | Title:          PST          (X) Change  ( ) Addition<br>Name:        THOMAS, KEITH M<br>Address:     2525 NE 14TH AVE, #504<br>City-St-Zip:  FORT LAUDERDALE, FL  33334 |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  KEITH M. THOMAS                              MR.                          04/29/2008

Electronic Signature of Signing Officer or Director                                        Date

Pye 000024