IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>STERLING CRUM,<br><br>Defendant/Counterclaim Plaintiff. | CIVIL ACTION NO.<br>1:17-cv-03857-WMR |

## ORDER

The United States Court of Appeals for the Eleventh Circuit reversed and remanded this case on December 12, 2022, on the basis that this Court must determine whether Mr. Crum's claim is barred by laches. [Doc. 147]. In response, this Court **ORDERS** the parties to renew any motions they wish to renew regarding laches within twenty-one days of the date the Eleventh Circuit issues the mandate in this case. The Court further **ORDERS** the parties to respond to any renewed motions within the normal briefing period.

**IT IS SO ORDERED**, this 13th day of December, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE